UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CHARTER COMMUNICATIONS HOLDING CO., LLC, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:09CV730 RWS |
| DIRECTV, INC., | ) ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

Having carefully considered defendant's motion to compel,

**IT IS HEREBY ORDERED** that defendant's motion to compel [#33-1] and motion to continue the preliminary injunction hearing [#33-2] are denied.

**IT IS FURTHER ORDERED** that defendant may supplement its memorandum in opposition to plaintiff's motion for temporary restraining order by **June 15, 2009.**

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 5th day of June, 2009.